**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03493-GPG

JAIME LUEVANO,

    Petitioner,

v.

HILLARY RODHAM CLINTON, Ex. Secretary of State, and
U.S. TEXAS JUDGES, High Rank Official, et al,
CONGRESS OFFICIALS, and
TEX. GOV. et al.,

    Respondents.

## ORDER OF DISMISSAL

Petitioner, a prisoner in the custody of the Texas Department of Criminal Justice, filed *pro se* a document titled "Writ 2241 to Compel the United Nation with the National Security Agency for Hearings" on December 23, 2014. (ECF No. 1). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), on December 31, 2014, the Court determined the submitted document was deficient and ordered Petitioner to cure the designated deficiencies within thirty days. (ECF No. 3). Specifically, the Court ordered Petitioner to file a § 2241 Application and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved forms. In response, Mr. Luevano filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 4), an Application to Proceed in Forma Pauperis (ECF No. 5), and a Motion for Order of Transfer (ECF No. 6). However, he failed to submit the § 2241 Application and the

§ 1915 Motion and Affidavit on the court-approved forms as instructed.

Meanwhile, on January 20, 2015, Petitioner filed a Notice of Appeal with the Tenth Circuit (ECF No. 7), but the appeal was voluntarily dismissed on February 10, 2015 (ECF No. 12).

On February 10, 2015, the Court issued a Minute Order allowing Mr. Luevano a second and final opportunity to cure all noted deficiencies. (ECF No. 11).  He was directed to submit a § 1915 Motion and Affidavit and a § 2241 Application on court-approved forms within twenty-one days.  He was notified that if he failed to comply within the time allowed, the action would be dismissed without prejudice without further notice.

Subsequently, Petitioner has failed to file any other documents in this Court. Therefore, he failed to cure the designated deficiencies in the time allowed.  As a result, the action will be dismissed without prejudice.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the § 2241 Application and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is DENIED. It is

**FURTHER ORDERED** that Plaintiff's pending motions are DENIED as moot.

DATED at Denver, Colorado, this  8th  day of June, 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court