IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03493-GPG

JAIME LUEVANO,

    Petitioner,

v.

HILLARY RODHAM CLINTON, Ex. Secretary of State, and
U.S. TEXAS JUDGES, High Rank Official, et al,
CONGRESS OFFICIALS, and
TEX. GOV. et al.,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 8, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 8th day of June, 2015.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/ Jennifer Hawkins
                                Deputy Clerk